UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHANEE MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | No. 2:23-cv-00028 DJC DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he was denied a parole hearing due to prejudice and perjury by defendants. Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 2.) On April 4, 2023, the undersigned issued findings and recommendations recommending that plaintiff not be allowed to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915(g) and that the court order plaintiff to pay the $402 filing fee. (ECF No. 8.) This recommendation was based on plaintiff's complaint not alleging imminent danger of serious physical injury and court records indicating plaintiff has brought three or more prior dismissed actions within the meaning of subdivision (g) of section 1915. (Id. at 4.) The District Court adopted the findings and recommendations on May 12, 2023.

////

(ECF No. 10.)  Plaintiff was ordered to pay the filing fee within twenty-one days and warned that failure to comply would result in dismissal.  (Id.)

Those twenty-one days have passed, and plaintiff has not paid the filing fee.  On June 8, 2023, plaintiff filed another motion to proceed in forma pauperis.  (ECF No. 11.)  The undersigned will recommend this action be dismissed without prejudice.

For the foregoing reasons, IT IS RECOMMENDED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 11) be denied as moot;
2. This action be dismissed without prejudice; and
3. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty (20) days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 13, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/S/mald0028.ifp.fr

2